Edna Chittum, Appellee, v. William Joseph, and Michael Joseph, d/b/a Joseph Bros. Super Market, a Partnership, Appellants.

Gen. No. 10,925.   (Abstract of Decision.)

Second District.

June 4, 1956.

Released for publication June 21, 1956.

Cassidy, Sloan & Cassidy, for defendants-appellants; Louis F. Knoblock, for plaintiff-appellee. Opinion by JUSTICE EOVALDI. Not to be published in full.